PER CURIAM.

This is an appeal from an order granting summary judgment for plaintiff for the reasons for judgment set out in the district judge's opinion.[1]

Of the clear opinion that the district judge's order should be affirmed, for the reasons that he gave, we approve his opinion and affirm his judgment.[2]

Affirmed.

PER CURIAM:

This Petition by the Board to have its Order enforced presents only factual issues. We find that there was sufficient evidence on the record as a whole to sustain the Board's findings that the Respondent violated Sections 8(a)4, 8(a)3, and 8(a)1 of the Act.

It is therefore ordered that the Board's Order be enforced.

NATIONAL LABOR RELATIONS BOARD, Petitioner,

v.

Thomas J. AYCOCK, Jr., an individual, d/b/a Vita Foods, Respondent.

No. 20653.

United States Court of Appeals Fifth Circuit.

Feb. 28, 1964.

Marcel Mallet-Prevost, Asst. Gen. Counsel, Dominick L. Manoli, Assoc. Gen. Counsel, Janet A. Kohn, Atty., Washington, D. C., Arnold Ordman, Gen. Counsel, Allison W. Brown, Jr., Peter M. Giesey, Attys., National Labor Relations Bd., for petitioner.

Robert E. Sheridan, Jacksonville, Fla., Hamilton & Bowden, Jacksonville, Fla., for respondent.

Before TUTTLE, Chief Judge, and PHILLIPS * and JONES, Circuit Judges.

UNITED STATES of America, Appellant,

v.

Joseph W. DROWN, Appellee.

No. 18264.

United States Court of Appeals Ninth Circuit.

March 3, 1964.

Louis F. Oberdorfer, Asst. Atty. Gen., Lee A. Jackson, I. Henry Kutz, and William A. Friedlander, Attys., Dept. of Justice, Washington, D. C.; Francis C. Whelan, U. S. Atty., Thomas H. McPeters, Asst. U. S. Atty., and Loyal E. Keir, Asst. U. S. Atty., Chief, Tax Section, Los Angeles, Cal., for appellant.

Witter & Harpole, and Myron E. Harpole, Los Angeles, Cal., for appellee.

Before BARNES, HAMLEY and BROWNING, Circuit Judges.

1. Wilson v. Donovan, Deputy Commissioner, etc., D.C., 218 F.Supp. 944.

2. See 15 Am.Jur. 387, Sec. 2; Restatement of the Law of Contracts, p. 498, Sec. 326; Aetna Cas. & Ins. Co. v. Jordan, 234 Ark. 339, 352 S.W.2d 75; Employers Mut. Liability Ins. Co. v. De Bruin, 271 Wis. 412, 73 N.W.2d 479; Hagenah v. Lumbermen's Mut. Cas. Co., 241 Wis.

226, 5 N.W.2d 760, 142 A.L.R. 1417; Texas & Pac. Ry. Co. et al. v. City of Marshall, 136 U.S. 393, 10 S.Ct. 846, 34 L.Ed. 385; Miller v. Weller, 3 Cir., 288 F.2d 438; Scott v. Donald, 165 U.S. 58, 17 S.Ct. 265, 41 L.Ed. 632; Paterson v. Sears-Roebuck & Co., 196 F.2d 947.

* Of the Tenth Circuit, sitting by designation.